# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CANDACE JOHNSON, | - |
| Plaintiffs, | - |
| v. | - 3:17-cv-00667-REP |
| CAPITAL ONE BANK, | - |
| Defendant. | - |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, CANDACE JOHNSON ("Plaintiff"), and Defendant, CAPITAL ONE BANK, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: March 2, 2018        RESPECTFULLY SUBMITTED,

By: /s/ Francis Alexander Webb
Francis Alexander Webb
The Law Offices of F.A. Webb, PLLC
4085 Chain Bridge Road Suite 302
Fairfax, VA 22030
Tel: (703) 539-2003
Fax: (703) 934-8583
Email: frank@fawebb.com
*Attorney for Plaintiff*

Dated: March 2, 2018            RESPECTFULLY SUBMITTED,

  By:/s/ Seth Abram Schaeffer
     Seth Abram Schaeffer
     McGuire Woods LLP
     Gateway Plaza
     800 East Canal Street
     Richmond, VA 23219
     Tel: (804) 775-1174
     Fax: (804) 698-2167
     sschaeffer@mcguirewoods.com


     Bryan Alan Fratkin
     McGuire Woods LLP
     Gateway Plaza
     800 East Canal Street
     Richmond, VA 23219
     Tel: (804) 775-4352
     Fax: (804) 698-2100
     bfratkin@mcguirewoods.com


     ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court by using the CM/ECF System. A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System.

                              By:    /s/ Francis Alexander Webb
                                         Francis Alexander Webb
                                         Attorney for Plaintiff